UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES,, | No. 2:13-cv-1600 GGH P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

Petitioner has failed to specify the grounds for relief in his petition. In fact, the petition contains no sentences but only a stream of words and citations. It is completely indecipherable. See Rule 2(c), Rules Governing § 2254 Cases. Therefore, petitioner shall file an amended petition that complies with the Rules and contains claims and a prayer for relief.

The petition does contain exhibits concerning a 1999 conviction, and a reference to a habeas case filed by petitioner in regard to that conviction, Civ. No. 02-cv-2276, which habeas was denied in 2006. Petitioner is advised that if he indeed seeks to pursue a habeas petition

1 concerning a conviction which was previously addressed by this court, it may be denied as
2 successive.

3     Petitioner has requested the appointment of counsel. There currently exists no absolute
4 right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460
5 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage
6 of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.
7 In the present case, the court does not find that the interests of justice would be served by the
8 appointment of counsel at the present time.

9     Petitioner's filing of August 15, 2013 (ECF No. 4), which is also indecipherable but
10 contains a completed form for a subpoena, is denied without prejudice until after an amended
11 petition has been filed and screened.

12     Therefore, IT IS HEREBY ORDERED that:

13     1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in
14 support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
15 failure to comply with this order will result in a recommendation that this action be dismissed;

16     2. Petitioner's petition for writ of habeas corpus is dismissed with leave to file an
17 amended petition within thirty days from the date of this order;

18     3. Any amended petition must be filed on the form provided with this order, must name
19 the proper respondent, and must state all claims and prayers for relief on the form; it must bear
20 the case number assigned to this action and the title "Amended Petition"; failure to file an
21 amended petition will result in the dismissal of this action; and

22     4. The Clerk of the Court is directed to send petitioner the court's form petition for writ of
23 habeas corpus pursuant to 28 U.S.C. § 2254 and a copy of the in forma pauperis form used by this
24 district.

25     5. Petitioner's motion for appointment of counsel (ECF No. 5) is denied without
26 prejudice to a renewal of the motion at a later stage of the proceedings.

27 /////
28 /////

6. Petitioner's filing of August 15, 2013 (ECF No. 4), is denied without prejudice to its renewal after an amended petition has been screened.

Dated: 09/11/2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/md; jone1600.101a