UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES, | No. 2:13-cv-1600 GGH P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

This petition for writ of habeas corpus was denied on December 5, 2013 and judgment entered accordingly. Petitioner's filing, entitled supplemental briefing filed on December 9, 2013, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: December 16, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/kly
jone1600.158ggh

1