UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT,<br><br>Respondent. | No. 2:13-cv-1600 GGH P<br><br><br><br>ORDER |

Judgment was entered in this case on December 5, 2013. Since that time, petitioner has filed a few documents which have been disregarded as not appearing to be contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing 2254 cases. However, on January 6, 2014, plaintiff filed a document inappropriately entitled, "applications consideration of amend petition(s)" (ECF No. 22), which appears to request consideration of his petition and appears to be directed at the Ninth Circuit Court of Appeals.

Accordingly, IT IS ORDERED that: the Clerk of the Court shall construe ECF number 22 as a notice of appeal of the judgment, pursuant to Fed. R. App. P. 4(a), and process the appeal to the Ninth Circuit.

Dated: January 14, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076: jone1600.app