1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD DAVID JONES,                        No.  2:13-cv-1600 GGH P

12              Petitioner,

13       v.                                     ORDER

14   GARY SWARTHOUT,

15              Respondent.

16

17       This petition for writ of habeas corpus was dismissed on December 5, 2013 and judgment

18   entered accordingly.  Petitioner's filing, entitled "In re: reconsiderations 28 U.S.C. 2255 permits a

19   federal petition... to vacate, set aside or correct their sentence," filed on March 10, 2014, does not

20   appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules

21   Governing § 2254 Cases.  Therefore, this document will be placed in the file and disregarded.

22       IT IS SO ORDERED.

23   Dated: March 14, 2014

24                                              /s/ Gregory G. Hollows

25                                     UNITED STATES MAGISTRATE JUDGE

26   Jone1600.158.ggh

27

28

1